Ryan E. Hatch (CA SB No. 235577)
Law Office of Ryan E. Hatch, P.C.
13323 Washington Blvd., Suite 100
Los Angeles, CA 90066
ryan@ryanehatch.com
Phone: 310-279-5076

Attorney for Plaintiff
KARAMELION LLC, a Texas limited liability company

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

PATENT

**KARAMELION LLC,**

Plaintiff,

v.

**MONOPRICE, INC.,**

Defendant.

Case No. 5:19-cv-01833-CBM-SP

**PLAINTIFF KARAMELION LLC'S ANSWER TO THE COUNTERCLAIMS OF MONOPRICE, INC.**

**DEMAND FOR JURY TRIAL**

Honorable Consuelo B. Marshall

Plaintiff Karamelion LLC ("Karamelion") hereby answers the counterclaims (Dkt. No. 12) of Monoprice, Inc. ("Defendant"), by corresponding paragraph number as follows:

## PARTIES

1. Karamelion is without knowledge or information sufficient to form a belief as to the allegations in paragraph 1 and therefore denies the allegations.

2. Admitted.

## JURISDICTION AND VENUE

3. Karamelion admits that Defendant's action arises under the Patent Laws and the Declaratory Judgment Act based upon an actual controversy between Monoprice and Karamelion. However, Karamelion denies that Defendant is entitled to any relief requested in the counterclaims and denies any other allegations in the paragraph.

4. Admitted.

5. Admitted.

## COUNTERCLAIM NO. 1

## DEFENDANT'S DECLARATION OF NON [*sic*] NON-INFRINGEMENT OF THE '166 PATENT

6. Admitted.

7. Denied.

8. Denied.

9. Karamelion admits that Defendant seeks a declaratory judgment from the Court that Monoprice has not directly or indirectly infringed and does not infringe (either literally or under the doctrine of equivalents) any valid claims of the '166 patent. However, Karamelion denies that Defendant is entitled to any relief requested in the counterclaims and denies any other allegations in the paragraph.

**COUNTERCLAIM NO. 2**

**DEFENDANT'S DECLARATION OF NON [*sic*] NON-INFRINGEMENT OF THE '245 PATENT**

10. Admitted.

11. Denied.

12. Denied.

13. Karamelion admits that Defendant seeks a declaratory judgment from the Court that Monoprice has not directly or indirectly infringed and does not infringe (either literally or under the doctrine of equivalents) any valid claims of the '245 patent. However, Karamelion denies that Defendant is entitled to any relief requested in the counterclaims and denies any other allegations in the paragraph.

**DEFENDANT'S PRAYER FOR RELIEF**

Karamelion denies that Defendant is entitled to any relief, including the relief requested in its Prayer for Relief.

**DEFENDANT'S DEMAND FOR JURY TRIAL**

Defendant's jury demand is an averment to which no response is required.

November 25, 2019    By: /s/*Ryan E. Hatch*

Ryan E. Hatch
Law Office of Ryan E Hatch, PC
13323 W Washington Blvd, Suite 100
Los Angeles, Ca 90066
ryan@ryanehatch.com
(310) 279-5076

OF COUNSEL:

David R. Bennett
(Application for Admission Pro Hac Vice to be filed)
Direction IP Law

P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

*Attorneys for*
*Plaintiff Karamelion LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2019, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

/s/*Ryan E. Hatch*
Ryan E. Hatch