**UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

**KARAMELION LLC,**

Plaintiff,

v.

**MONOPRICE, INC.,**

Defendant.

Case No. 5:19-cv-01833-CBM-SPx

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE [25]**

Honorable Consuelo B. Marshall

Having considered the Stipulation to dismiss all claims and counterclaims in this action asserted between Plaintiff Karamelion LLC and Defendant Monoprice, Inc., WITH PREJUDICE, IT IS HEREBY ORDERED that The Stipulation is GRANTED and that the above action is dismissed with prejudice, with each Party to bear its own costs, expenses, and attorneys' fees. The Court shall retain jurisdiction to enforce the terms of the settlement agreement.

DATED: JULY 24, 2020

HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE